■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERON W. FORTE, Appellant. [46 NYS3d 804]—Appeal by the defendant from a judgment of County Court, Westchester County (Zambelli, J.), rendered April 14, 2015, convicting him of attempted assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant challenges two orders of protection issued at the time of sentencing, contending that the County Court failed to specify the persons to whom the orders of protection applied.

The defendant's contention concerning the two orders of protection issued at the time of sentencing survives his valid waiver of the right to appeal (*see People v Bernardini*, 142 AD3d 671, 672 [2016]; *People v Kumar*, 127 AD3d 882, 883 [2015]). However, this contention is unpreserved for appellate

review (*see* CPL 470.05 [2]; *People v Nieves*, 2 NY3d 310, 316-318 [2004]; *People v O'Connor*, 136 AD3d 945, 945 [2016]; *People v Fortier*, 130 AD3d 642, 643 [2015]; *People v Decker*, 77 AD3d 675, 675 [2010]). In any event, the contention is without merit. The record indicates that the County Court named the persons to whom the orders of protection applied. Moreover, in open court, the defendant signed and was personally served with the orders of protection, each of which specifically set forth the name of the protected person. Rivera, J.P., Cohen, Miller and Brathwaite Nelson, JJ., concur.